IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE: TAMMY MCCOY
DEBTOR
CASE NO. 09-15000
CHAPTER 7

## AGREED ORDER

Comes on for approval the Movant/Creditor's, U.S. Bank, N.A., Motion to Abandon Certain Property. The Court, being sufficiently advised, finds that there has been no objection to this proposal and that the Trustee, Debtor and Movant/Creditor have agreed and jointly consented to entry of this Order. Therefore, upon consideration, and for good cause shown, it is

ORDERED that the Trustee's interest in and to the following described land is hereby abandoned:

> Lots Seven (7), Eight (8), Nine (9), and Ten (10), Block One (1), Imboden's Addition to the Town of Hickory Ridge, and the East Ten (10) feet of Lot Eleven (11) in Block One (1), Imboden's Addition to the City of Hickory Ridge, Arkansas

257 E. Laurel Street, Hickory Ridge, Arkansas 72347

It is further

ORDERED, that the stay provisions of 11 U.S.C. § 362 of the Bankruptcy Code should be, and hereby are, relaxed with regard to the property abandoned by this Order, and creditors with valid claims or interests in and to the abandoned property are released to pursue their usual lawful remedies against the

Debtor's interest in said abandoned property, provided that the creditors shall account for, and return to the Trustee, any surplus over the balance due which may be realized upon liquidation of the property abandoned. Further, the provisions of §362 continue in full force and effect as to the Debtor and to all other property of the Debtor not itemized within the Order, and suits or actions to enforce personal money judgments against the Debtor are precluded by the operative provisions of §362 not relaxed by this or other Orders of this Court.

*Audrey R Evans*

HONORABLE AUDREY R. EVANS
U.S. BANKRUPTCY COURT JUDGE

DATED: September 22, 2009

APPROVED AS TO FORM:

_____
Scot P. Goldsholl
DYKE, HENRY GOLDSHOLL & WINZERLING, P.L.C.
Attorneys for U.S. Bank, N.A.
415 North McKinley, Suite 555
Little Rock, Arkansas 72205
Telephone No. (501) 661-1000

RE: Tammy McCoy
    Bankruptcy Case No. 09-15000
    Eastern District of Arkansas
    Agreed Order
    Page 2

RE: Tammy McCoy
Bankruptcy Case No. 09-15000
Eastern District of Arkansas
Agreed Order
Page 3


_____
James C. Lucker
Chapter 7 Trustee
P.O. Box 216
Wynne, Arkansas 72396-0216

RE: Tammy McCoy
   Bankruptcy Case No. 09-15000
   Eastern District of Arkansas
   Agreed Order
   Page 4

*(signature)*

Mary Kathleen Talbott
Attorney at Law
P.O. Box 1143
Wynne, AR 72396